IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA, INC. d/b/a AETNA LIFE<br>INSURANCE COMPANY,<br><br>    Defendant. | No. 2:17-CV-01548-MPK<br><br>*Electronically Filed*<br><br>**JURY TRIAL DEMANDED** |

## ORDER APPROVING STIPULATION OF DISMISSAL

AND NOW come all parties, by their respective counsel, and consistent with a resolution reached by the parties, hereby enter a STIPULATION OF DISMISSAL of Plaintiff's claims in the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, and neither party is considered a prevailing party.

Respectfully Submitted,

| | |
|---|---|
| The Law Offices of Timothy P. O'Brien | Jackson Lewis P.C. |
| /s/ Alec B. Wright<br>Alec B. Wright<br>Pa. ID No. 316657 | /s/ Marla N. Presley<br>Marla N. Presley<br>Pa. ID No. 91020 |
| Timothy P. O'Brien<br>Pa. ID No. 22104 | Joanna M. Rodriguez<br>Pa. ID No. 318853 |
| 239 Fourth Avenue, Suite 2013<br>Pittsburgh, Pennsylvania 15222<br>(412) 232-4400 | 1001 Liberty Avenue, Suite 1000<br>Pittsburgh, Pennsylvania 15222<br>(412) 232-0404 |

AND NOW, this 11th day of July, 2018.
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE